FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC 21 PM 4: 25
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:11-cr-00273-2 |
| | ) | |
| Maria M. Diego, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

On April 16, 2012, the Court sentenced Defendant to 108 months custody following her plea of guilty to possession with intent to distribute methamphetamine. On April 14, 2015, the Court, sua sponte, denied Defendant a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. The denial was based on the fact that Defendant's guideline calculations did not change as a result of Amendment 782.

On July 24, 2015, Defendant filed a Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), requesting a sentence reduction in response to Amendment 782. Defendant also requests attorney representation.

Defendant's motion is construed as a Motion for Reconsideration of the Court's April 14, 2015, decision regarding her sentence. While the Court could deny the motion solely on the basis of it being untimely filed, the Court instead reiterates that Defendant's base offense level does not change as a result of Amendment 782; as such, her applicable guideline range does not lower.

Marie M. Diego
Order on Motion
Page 2

With respect to Defendant's request for counsel, defendants seeking sentence reductions pursuant to § 3582 have no statutory or constitutional right to appointed counsel, United States v. Webb, 565 F.3d 789, 795 (11th Cir. 2009). The Court has determined attorney representation unnecessary in this case.

Defendant's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (construed as a motion for reconsideration), as well as her request for counsel, are **DENIED**.

SO ORDERED this 21st day of December 2015.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA