FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 29 AM 11: 39

CLERK
U.S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:11-cr-00273-2
)
Maria M. Diego, )
)
    Defendant. )
)

## ORDER

On April 16, 2012, the Court sentenced Defendant to 108 months custody following her plea of guilty to possession with intent to distribute methamphetamine. On April 14, 2015, the Court, sua sponte, denied Defendant a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. The denial occurred because Defendant's guideline calculations did not change as a result of Amendment 782.

On July 24, 2015, Defendant filed a Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), requesting a sentence reduction in response to Amendment 782. Defendant also requested attorney representation. Defendant's motion was construed as a Motion for Reconsideration of the Court's April 14, 2015, decision regarding her sentence. The Court reiterated that Defendant's base offense level did not change as a result of Amendment 782; as such, her applicable guideline range did not lower. Her Motion for Modification of Sentence and her attorney request were denied on December 21, 2015.

Before the Court now is Defendant's *second* Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). In her motion, Defendant fails to specify the retroactive Guidelines Amendment under which she is seeking relief, but she does specify that she wishes for her sentence to be reduced from 108 months to 91 months.

Since Amendment 782 is the only guidelines amendment that has been made retroactive since Defendant's April 2012 sentencing, it is assumed Defendant is seeking relief under that Amendment. The applicability of Amendment 782 to Defendant's guideline calculations, however, has not changed; her guideline range does not lower as a result of the Amendment. Therefore, Defendant's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is again **DENIED**.

SO ORDERED this 29th day of April, 2016.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA